```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 11-564-4 |
| v. | : | |
| | : | CIVIL ACTION |
| JAMAL STEWART | : | NO. 15-3892 |

<u>ORDER</u>

AND NOW, this 21st day of September, 2016, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the corrected motion of defendant Jamal Stewart to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. # 665) is DENIED; and

(2)  no certificate of appealability is issued.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.